UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE MERCIER, | ) | 2:07-CV-00358-ECR-LRL |
| | ) | |
|     Plaintiff, | ) | MINUTES OF THE COURT |
| | ) | |
| vs. | ) | DATE: MAY 17, 2007 |
| | ) | |
| FEDERAL BUREAU OF INVESTIGATION, | ) | |
| | ) | |
|     Defendant. | ) | |

PRESENT:   EDWARD C. REED, JR.                             U. S. DISTRICT JUDGE

Deputy Clerk:   ROSEMARY DAMRON         Reporter:   NONE APPEARING

Counsel for Plaintiff(s)                 NONE APPEARING

Counsel for Defendant(s)                 NONE APPEARING

MINUTE ORDER IN CHAMBERS

    On April 24, 2007, the Magistrate Judge entered his Report and Recommendation (#2) recommending that the Complaint (#1-2) be dismissed with prejudice and ordering that Plaintiff's application to proceed *in forma pauperis* (#1) be denied without prejudice.

    No objections have been timely filed.  The Magistrate Judge's Report and Recommendation is well taken.

    **IT IS, THEREFORE, HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (#2) is **APPROVED** and **ADOPTED**.

    **IT IS, THEREFORE, HEREBY FURTHER ORDERED** that this action is **DISMISSED** with prejudice.

    The Clerk shall enter judgment accordingly.

                                                                LANCE S. WILSON, CLERK

                                                              By    /s/
                                                                     Deputy Clerk